# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, | Case No. 2:23-cv-00079 |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., D/B/A OPPO, | |
| Defendant. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Jawbone Innovations, LLC states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  February 28, 2023

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove

        Texas State Bar No. 24012906
        Email: jtruelove@mckoolsmith.com
        **MCKOOL SMITH, P.C.**
        104 E. Houston Street, Suite 300
        Marshall, Texas 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099

        ***ATTORNEYS FOR PLAINTIFF***
        ***JAWBONE INNOVATIONS, LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Alfred R. Fabricant
Alfred R. Fabricant