# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GUANGDONG OPPO MOBILE § <br> TELECOMMUNICATIONS CORP., LTD., § <br> D/B/A OPPO, § <br> § <br> Defendant. § <br> § | Case No. 2:23-cv-00079 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff Jawbone Innovations, LLC for purposes of receiving notices and orders from the Court.

Dated:  February 28, 2023            Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Vincent J. Rubino, III*
　　　　　　　　　　　　　　　　　　　Vincent J. Rubino, III
　　　　　　　　　　　　　　　　　　　NY Bar No. 4557435
　　　　　　　　　　　　　　　　　　　Email: vrubino@fabricantllp.com
　　　　　　　　　　　　　　　　　　　**FABRICANT LLP**
　　　　　　　　　　　　　　　　　　　411 Theodore Fremd Avenue,
　　　　　　　　　　　　　　　　　　　Suite 206 South
　　　　　　　　　　　　　　　　　　　Rye, New York 10580
　　　　　　　　　　　　　　　　　　　Telephone: (212) 257-5797
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 257-5796

　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***
　　　　　　　　　　　　　　　　　　　***JAWBONE INNOVATIONS, LLC***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 28, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Vincent J. Rubino, III*
                                              Vincent J. Rubino, III