# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § | Case No. 2:23-cv-00079 |
| Plaintiff, § | **JURY TRIAL DEMANDED** |
| v. § | |
| GUANGDONG OPPO MOBILE TELECOMMUNICATIONS CORP., LTD., D/B/A OPPO, § | |
| Defendant. § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Jacob Ostling, enters his appearance in these matters for Plaintiff Jawbone Innovations, LLC for purposes of receiving notices and orders from the Court.

Dated:  February 28, 2023

Respectfully submitted

 /s/ Jacob Ostling
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF***
***JAWBONE INNOVATIONS, LLC***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 28, 2023, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                    */s/ Jacob Ostling*
                                                    Jacob Ostling