IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVSION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § <br>       Plaintiff § <br> vs. § <br> § <br> GUANGDONG OPPO MOBILE § <br> TELECOMMUNICATIONS CORP., LTD., § <br> D/B/A OPPO § <br>       Defendant, § <br> § <br> § | CIVIL ACTION NO. 2:23 CV 79 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Jawbone Innovations, LLC.

DATED: March 1, 2023

                                                Respectfully submitted,

                                                *s/ Jennifer Truelove*
                                                Samuel F. Baxter
                                                Texas State Bar No. 01938000
                                                Email: sbaxter@mckoolsmith.com
                                                Jennifer L. Truelove
                                                Texas State Bar No. 24012906
                                                Email:jtruelove@mckoolsmith.com
                                                MCKOOL SMITH, P.C.
                                                104 E. Houston Street, Suite 300
                                                Marshall, Texas 75670
                                                Telephone: (903) 923-9000
                                                Facsimile: (903) 923-9099

                                                **ATTORNEYS FOR PLAINTIFF,**
                                                **JAWBONE INNOVATIONS, LLC.**

## CERTIFICATE OF SERVICE

    I certify that counsel of record who are deemed to have consented to electronic service are being served on March 1, 2023, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

                                               /s/ *Jennifer L. Truelove*
                                               Jennifer L. Truelove