# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GUANGDONG OPPO MOBILE § <br> TELECOMMUNICATIONS CORP., LTD., § <br> D/B/A OPPO, § <br> § <br> Defendant. § <br> § | Case No. 2:23-cv-00079 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Richard Cowell, enters his appearance in this matter for Plaintiff Jawbone Innovations, LLC for purposes of receiving notices and orders from the Court.

Dated: March 1, 2023

Respectfully submitted,

 /s/ Richard M. Cowell
Richard M. Cowell
NY Bar No. 4617759
Email: rcowell@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEY FOR PLAINTIFF***
***JAWBONE INNOVATIONS, LLC***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on March 1, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                */s/ Richard M. Cowell*
                Richard M. Cowell