IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § § *Plaintiff*, § § v. § § ONEPLUS TECHNOLOGY (SHENZHEN) § CO. LTD., § § *Defendant*. § § | CIVIL ACTION NO. 2:23-cv-00079-JRG-RSP |

### ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Jawbone Innovations, LLC ("Plaintiff") and OnePlus Technology (Shenzhen) Co., Ltd. ("Defendant"). (Dkt. No. 39.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of all claims for relief asserted against Defendant by Plaintiff in the above-captioned action WITH prejudice and all counterclaims for relief asserted against Plaintiff by Defendant WITHOUT prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE** and all counterclaims asserted by Defendant against Plaintiff are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Nov 21, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2